# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,
        Plaintiff,
    v.

JAIME GUADALUPE MARTINEZ-VALENCIA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2587-01

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for
    JAIME GUADALUPE MARTINEZ-VALENCIA

    I certify that I am admitted to practice in this court.

| 8/27/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD     238732 |
| | Print Name                                                Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City             State                 Zip Code |
| | (619) 234-8467          (619) 687-2666 |
| | Phone Number                              Fax Number |

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 27, 2008                                             /s/  Shaffy Moeel
                                                                                   SHAFFY MOEEL
                                                                                   Federal Defenders of San Diego, Inc.
                                                                                   225 Broadway, Suite 900
                                                                                   San Diego, CA 92101-5030
                                                                                   (619) 234-8467  (tel)
                                                                                   (619) 687-2666  (fax)
                                                                                   e-mail: Shaffy_Moeel@fd.org